UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

MICHAEL MOLAISON                                CIVIL ACTION

VERSUS                                          NUMBER: 07-3746

MICHAEL J. ASTRUE,                              SECTION: "M"(5)
COMMISSIONER OF SOCIAL SECURITY
ADMINISTRATION

### O R D E R

The Court, having considered the motions, the record, the applicable law, the Magistrate Judge's Report and Recommendation, as well as the plaintiff's objections to the Magistrate Judge's Report and Recommendation, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion herein.

Accordingly,

**IT IS ORDERED** that plaintiff's motion for summary judgment is **DENIED** and that defendant's motion for summary judgment is **GRANTED**

New Orleans, LA.
12/12/08

Peter Beer
U.S.D.J.

New Orleans, Louisiana, this ____ day of _____,
2008.

                                                                _____
                                                                UNITED STATES DISTRICT JUDGE